## Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __7/11/13__ Case No. __4:13CR298 JCH__
UNITED STATES OF AMERICA vs. __Elizabeth Earnest__
Judge __Hamilton__ Court Reporter __D. Kriegshauser__
Deputy Clerk __CLK__ Interpreter _____
Assistant United States Attorney(s) __John Bodenhausen__
Attorney(s) for Defendant __Adam Fein__

*Arraignment/Waiver of Indictment/Plea:*
Defendant's age __62__ Education _____
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____at_____a.m./p.m.
☒ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☒ information ☐ indictment filed
☐ Defendant waives reading of indictment/information  ☐ Defendant arraigned
☒ Defendant enters a plea of ☒ GUILTY  ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment ☒ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

*Change of Plea:*
☒ The Court finds the defendant competent to enter a plea of guilty.
☐ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s)_____of the ☐ superseding ☐ indictment ☐ information.
☐ Stipulation of facts relative to sentencing filed ☐ with ☐ without plea agreement.
☐ The Court adopts and approves  ☐ Stipulation of Facts  ☐ Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement until the date of sentencing   ☐ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____are denied as moot.
☒ Sentencing set __10/4/13__ at __9:00__ (a.m.)/p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☐ Defendant is remanded to custody   ☐ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to "LC.")**
Probation Officer __Present__

Defendant attorney present at_____a.m./p.m.
Proceedings commenced __12:13__ a.m./(p.m.)   concluded at __12:30__ a.m./(p.m.)