UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13 CR 00298 JCH |
| | ) | |
| ELIZABETH EARNEST, | ) | |
| A/K/A ELIZABETH BYRNE, | ) | |
| A/K/A ELIZABETH JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and John M. Bodenhausen,

Assistant United States Attorney for said District, and pursuant to Paragraph 7 of the

Administrative Order of this Court (July 12, l988), states that the Government accepts and has no

objection to the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


   _/s/ John M. Bodenhausen_
JOHN M. BODENHAUSEN, #49568MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 3, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    **Adam D. Fein**
    afein@rsrglaw.com

I hereby certify that on September 3, 2013, the foregoing was hand delivered to the following non-participants in Electronic Case Filing:

    Tracy A. Leverenz
    Senior United States Probation Officer
    111 South 10th Street, Suite 2.325
    St. Louis, Missouri 63102

                     */s/ John M. Bodenhausen*
                     JOHN M. BODENHAUSEN, #49568MO
                     Assistant United States Attorney