UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-298 JCH |
| | ) |
| ELIZABETH EARNEST, | ) |
| | ) |
|     Defendant. | ) |

## STATEMENT OF THE DEFENDANT REGARDING PRESENTENCE REPORT

COMES NOW Defendant, Elizabeth Earnest, by and through counsel, and for the Defendant's response to the Presentence Report, states as follows:

The Defendant has no objections to the Presentence Report as submitted to the parties.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ Adam D. Fein
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Bodenhausen, assistant United States attorney.

1