UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before* **United States District Judge**

CASE NUMBER: 4:13CR298JCH   DATE: 1/22/14
Court Reporter: D. Kriegshauser   Courtroom Deputy: CEL

| Plaintiff(s) USA | Defendant(s) Elizabeth Earnest |
|---|---|
| Plaintiff Attorney(s) John Bodenhausen | Defendant Attorney(s) ( ) cja ( )pda ( ) ret Adam Fein |

Interpreter: _____ *(IUR form forwarded to Finance Unit)*

Probation Officer present in courtroom: present

- [x] Defendant/Parties present for imposition of sentence.
- [ ] Plea Agreement adopted and accepted by the Court.
- [x] No objections to Presentence Report filed by either party.
- [ ] Objections to PSR filed by  ❑ Defendant  ❑ Government:
    - ❑ After hearing arguments, the Court ❑ overruled  ❑ granted  objections _____

    Other: _____

    - ❑ PSR to be amended
- [x] PSR adopted and accepted by the Court and ~~to be~~ filed *Under Seal*.
- [ ] Downward departure motion filed by  ❑ Government  ❑ Defendant
    The Court ❑ Granted  ❑ Denied  the motion for downward departure
- [x] Sentence imposed - See Judgment
- [ ] Count(s) _____ dismissed upon the motion of the AUSA.
- [ ] Defendant Remanded to custody of USM
- [ ] Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
    - ❑ Surrender date: _____
- [ ] Defendant released on Probation pending processing by USM

[x] Copy RE: 12.07 given to deft's Atty
Letters on behalf of deft made part
of the Record

Courtroom time: 1:30  To  1:47